JEFFRY GLENN,  SBN: 47357
BERMAN, GLENN & HAIGHT
The Hearst Building
5 Third Street, Suite 1100
San Francisco, CA  94103
Telephone: (415) 495-3950
Fax:          (415) 495-6900
Email: sflawyers@earthlink.net

Attorneys for Defendant:
JAMEX CORONEL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMEX CORONEL,<br><br>　　　　Defendant. | Case No. CR-12-00323 YGR<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

　　The parties in the above-captioned case, by and through their counsel of record, hereby stipulate and agree that sentencing in this matter, which is currently scheduled to take place on January 24, 2013 at 2:15 p.m., shall instead take place on February 14, 2013 at 2:00 p.m. This continuance is necessary to allow additional time to translate and file newly received letters and documents from Mexico as referenced in my sentencing memorandum (page 2, lines 15-

19). I contacted United States Probation Officer Michelle Nero who says that she is available on February 14 at 2:00.

**IT IS SO STIPULATED.**

Dated: January 23, 2013            By:_____/ss/_____
JEFFRY GLENN
Attorney for Defendant
JAMEX CORONEL

Dated: January 23, 2013            By:_____/ss/_____
RANDALL LUSKEY
Assistant U.S. Attorney

**ORDER**

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that sentencing in this matter shall be continued to February 14, 2013 at 2:00 p.m.

IT IS SO ORDERED

Dated: January 23, 2013

_____
HONORABLE YVONNE G. ROGERS
UNITED STATES DISTRICT COURT