1 STEVEN G. KALAR
Federal Public Defender
2 JOYCE LEAVITT
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 (510) 637-3500

5 Counsel for Defendant SANCHEZ-ESPINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) No. CR 12-00323 YGR
Plaintiff, )
) STIPULATION AND **ORDER**
v. ) CONTINUING SENTENCING DATE
)
)
VICTOR HUGO SANCHEZ-ESPINO, )
)
Defendant. )

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing in this case with respect to Victor Hugo Sanchez-Espino, currently scheduled for Thursday, January 31, 2013, at 2:00 p.m. before Honorable Yvonne Gonzalez Rogers, may be continued to Friday, February 22, 2013, at 2:00 p.m. for sentencing. The reason for the continuance is that defense counsel was unavailable so that Mr. Sanchez-Espino could not be interviewed by the probation officer until after the issuance of the draft presentence report. A continuance to February 22, 2013, will allow the probation department additional time to complete it's investigation and verify the

*U S v. Victor Sanxchez-Espino ,*CR 12-00323
YGR; stip. to continue sentencing            - 1 -

information provided just recently by Mr. Sanchez-Espino during his interview.

Defense counsel has spoken to USPO Michelle Nero who has no objection to the proposed continuance and is available should the sentencing date be continued to February 22, 2013.

DATED: 1/28/13            /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 1/28/13            /s/
RANDALL LUSKEY
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date, currently scheduled for Thursday, January 31, 2013, at 2:00 p.m., shall be continued to Friday, February 22, 2013, at 2:00 p.m. before Honorable Yvonne Gonzalez Rogers for sentencing.

SO ORDERED.

**DATED: January 29, 2013**
HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge